# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133352

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ESTATE OF TIMOTHY HUGHES,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY,
      Defendant/Cross-Defendant-
      Appellee,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Defendant/Cross-Defendant-
      Appellant,

and

STATE FARM INSURANCE COMPANIES,
      Defendant/Cross-Plaintiff-
      Appellee.

_____/

SC: 133352
COA: 259987
Oakland CC: 2000-024949-CZ

On order of the Court, the application for leave to appeal the January 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

p0723